```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 08 B 02267
   ANGELA M DIVINITY
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7092


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/31/2008 and was confirmed 03/26/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/07/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
JB ROBINSONS JEWELERS    SECURED NOT I      135.15           .00           .00
KAY JEWELERS             SECURED NOT I      277.87           .00           .00
T-MOBILE USA             UNSECURED          334.81           .00           .00
MERRICK BANK             UNSECURED          548.54           .00           .00
ACADEMY COLLECTION SERVI UNSECURED        NOT FILED          .00           .00
ALLIED INTERSTATE        UNSECURED        NOT FILED          .00           .00
TCF NATIONAL BANK        UNSECURED        NOT FILED          .00           .00
AMERICAN GENERAL FIN     UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1040.64           .00           .00
CAPITAL ONE              UNSECURED          704.25           .00           .00
WEISS MEMORIAL EMERGENCY UNSECURED        NOT FILED          .00           .00
CITIBANK                 UNSECURED             .00           .00           .00
THE STUDENT LOAN CORPORA UNSECURED             .00           .00           .00
FINGERHUT DIRECT MARKETI UNSECURED          364.48           .00           .00
TENDOLLARPAYDAYLOAN.COM  UNSECURED        NOT FILED          .00           .00
PREMIER BANKCARD         UNSECURED          543.70           .00           .00
PREMIER BANKCARD         UNSECURED          459.79           .00           .00
GENESIS FINANCIAL SERVIC UNSECURED          534.52           .00           .00
ECAST SETTLEMENT CORP    UNSECURED          701.63           .00           .00
ECAST SETTLEMENT CORP    UNSECURED          684.47           .00           .00
JB ROBINSON              UNSECURED        NOT FILED          .00           .00
KAY JEWELERS             UNSECURED        NOT FILED          .00           .00
WOMEN S WORKOUT WORLD    UNSECURED        NOT FILED          .00           .00
NEWPORT NEWS             UNSECURED        NOT FILED          .00           .00
MERRICK                  UNSECURED        NOT FILED          .00           .00
PAYDAY LOAN              UNSECURED        NOT FILED          .00           .00
ISAC                     UNSECURED             .00           .00           .00
SALLIE MAE               UNSECURED             .00           .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          304.13           .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          505.11           .00           .00
UPTOWN EMERG PHYSICIANS  UNSECURED        NOT FILED          .00           .00
UPTOWN EMERG PHYSICIANS  UNSECURED        NOT FILED          .00           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02267 ANGELA M DIVINITY
```

```
VHS ACQUISITION SUBSIDIA  UNSECURED      NOT FILED          .00          .00
WASHINGTON MUTUAL         UNSECURED      NOT FILED          .00          .00
AMERICAN GENERAL FINANCE  SECURED          300.00          6.06       114.13
AMERICAN GENERAL FINANCE  UNSECURED        483.15           .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,464.00                     795.81
TOM VAUGHN                TRUSTEE                                      79.65
DEBTOR REFUND             REFUND                                         .00
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
```
                          RECEIPTS           DISBURSEMENTS
```
---------------------------------------------------------------------------
```
TRUSTEE                    995.65

PRIORITY                                           .00
SECURED                                         114.13
    INTEREST                                      6.06
UNSECURED                                          .00
ADMINISTRATIVE                                  795.81
TRUSTEE COMPENSATION                             79.65
DEBTOR REFUND                                      .00
                         ---------------   ---------------
TOTALS                     995.65                995.65
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 03/05/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE